UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06-307(02) (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL ALLEN SHOFNER, | |
| Defendant. | |

---

Lisa D. Kirkpatrick, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Manvir Kaur Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 21, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

**1.** Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 36] is **DENIED**.

DATED:   March 20, 2007                               s/John R. Tunheim
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM
                                                  United States District Judge